**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Criminal Case No. 15-cr-00324-PAB-01

UNITED STATES OF AMERICA,

    Plaintiff,

vs.

EUNICE GUTIERREZ,

    Defendant.

---

**ORDER GRANTING TRAVEL OUTSIDE THE UNITED STATES**

---

THIS MATTER is before the Court upon request by the probation officer that the defendant has requested foreign travel and she remains compliant with the conditions of supervised release.

HAVING considered the probation officer's petition, the Court

<u> X </u> ORDERS that the defendant, Eunice Gutierrez, be allowed to travel to Chihuahua, Mexico, from October 17, 2015, until October 31, 2015.

<u>    </u> DENIES the request with further instruction:

<u>    </u> DENIES the request without reconsideration at this time.

DATED at Denver, Colorado, this <u> 24th </u> day of September, 2015.

BY THE COURT:

s/Philip A. Brimmer
Philip A. Brimmer
United States District Judge